# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHELSEA HENKEL, et al., on behalf of herself and others similarly situated

Plaintiffs,

v.

HIGHGATE HOTELS, L.P. and COVE HAVEN, INC.,

Defendants.

3:15-CV-01435
(JUDGE MARIANI)

FILED
SCRANTON

NOV 15 2017

PER _____
DEPUTY CLERK

## ORDER

The background of this Order is as follows:

On October 4, 2017, Plaintiffs filed a Motion for Leave to File a Fourth Amended Complaint in order to add additional plaintiffs. (Doc. 66). As of the date of this Order, Plaintiffs have failed to file an accompanying brief to the motion. Pursuant to Middle District of Pennsylvania Local Rule 7.5:

> Within fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion. If the motion seeks a protective order, a supporting brief shall be filed with the motion. If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn. A brief shall not be required: (a) In support of a motion for enlargement of time if the reasons for the request are fully stated in the motion, (b) In support of any motion which has concurrence of all parties, and the reasons for the motion and the relief sought are fully stated therein, or (c) In support of a motion for appointment of counsel.

Plaintiffs' Motion included a certificate of non-concurrence stating that Defendants do not concur in the relief requested in the motion. (Doc. 66, at 5). Indeed, Defendants filed a brief in opposition to the motion on November 1, 2017. (Doc. 69).

**ACCORDINGLY, THIS 15th DAY OF NOVEMBER, 2017**, in accordance with Middle District of Pennsylvania Local Rule 7.5 stating that any party filing any motion, other than a motion for enlargement, a motion which has the concurrence of all parties, or a motion for appointment of counsel, who fails to file a brief within 14 days after the filing of the motion "shall be deemed to be withdrawn," **IT IS HEREBY ORDERED THAT** on or before **Monday, November 20, 2017** to show cause why the motion shall not be deemed to be withdrawn.

Robert D. Mariani
United States District Judge