THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEA HENKEL, et al., : | |
| : | |
| Plaintiffs, : | |
| v. : | 3:15-CV-1435 |
| : | (JUDGE MARIANI) |
| HIGHGATE HOTELS, LP, et al., : | |
| : | |
| Defendants. : | |

## ORDER

AND NOW, THIS 16th DAY OF OCTOBER, 2018, upon consideration of Plaintiffs' Brief in Reply to the Court's Order to Show Cause (Doc. 76), submitted in response to the Court's November 15, 2017 Order (Doc. 75), **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs have shown sufficient cause to establish that their Motion for Leave to File Fourth Amended Complaint Joining Additional Parties (Doc. 66) **IS NOT DEEMED WITHDRAWN.**

2. Plaintiffs are reminded that, in the future, absent Court direction, they are to comply with the Local Rules of the Middle District of Pennsylvania, including, but not limited to Local Rule 7.5.

Robert D. Mariani
United States District Judge