THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHELSEA HENKEL, et al.,

    Plaintiffs,

v.

HIGHGATE HOTELS, LP, et al.,

    Defendants.

3:15-CV-1435
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 9th DAY OF NOVEMBER, 2018, upon consideration of Plaintiffs' Motion for Leave to File Fourth Amended Complaint Joining Additional Parties (Doc. 66), **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Leave to File Fourth Amended Complaint Joining Additional Parties (Doc. 66) is **GRANTED**.

2. Within **5 days of the date of this Order**, Plaintiffs shall file the proposed Fourth Amended Complaint, Document 66-1, as a separate document on the docket.

Robert D. Mariani
United States District Judge