# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHELSEA HENKEL, on behalf of herself and others similarly situated | : | Civil No. 3:15-CV-01435 |
| Plaintiffs, | : | |
| v. | : | |
| HIGHGATE HOTELS, LP, and COVE HAVEN INC., | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 25th day of November, 2020, in accordance with the accompanying memorandum, **IT IS ORDERED** that Defendants' motion for partial summary judgment, Doc. 139, is **GRANTED IN PART AND DENIED IN PART** as follows:

1) The motion is **GRANTED** in Defendants' favor as to Plaintiffs' Fair Labor Standards Act and Pennsylvania Minimum Wage Act claims for unpaid minimum wages (Counts 1 and 3 of the fourth amended complaint), Plaintiffs' claim for breach of contract to an express third-party beneficiary (Count 5 of the fourth amended complaint), Plaintiffs' claim for breach of contract to an intended third-party beneficiary (Count 6 of the fourth amended complaint), and Plaintiffs' conversion claim (Count 8 of the fourth amended complaint).

1

2) The motion is **DENIED** as to Plaintiffs' unjust enrichment claim (Count 7 of the fourth amended complaint).

3) The remaining claims before the court are claims for unpaid overtime wages in violation of the Fair Labor Standards Act (Count 2 of the fourth amended complaint) and the Pennsylvania Minimum Wage Act (Count 4 of the fourth amended complaint), as well as unjust enrichment (Count 7 of the fourth amended complaint).

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Court Judge  
Middle District of Pennsylvania