# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEA HENKEL, *et al.*, on behalf of herself and others similarly situated, | Civil No. 3:15-CV-01435 |
| Plaintiff, | |
| v. | |
| HIGHGATE HOTELS, LP, *et al.*, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 22nd day of June, 2021, **IT IS ORDERED THAT:**

1. Plaintiff's motions for class certification under Rule 23 are **GRANTED**. (Docs. 126, 135.)

2. The following classes shall be afforded notice and an opportunity to opt out:

    a. All servers employed at any of Defendants' resorts between October 1, 2012 and January 31, 2016.

    b. All housekeepers employed at any of Defendants' resorts between October 1, 2012 and January 31, 2016.

3. The parties shall consult and confer regarding new proposed class notices for the Rule 23 classes of servers and housekeepers. These proposed notices shall be filed within **30 days**, on or before **July 22, 2021**.

4. Plaintiff's motion for conditional collective certification under the FLSA is **DENIED**. (Doc. 126.)

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania