# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHELSEA HENKEL, on behalf of herself and others similarly situated | : | Civil No. 3:15-CV-01435 |
| Plaintiffs, | : | |
| v. | : | |
| HIGHGATE HOTELS, LP, and COVE HAVEN INC., | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of March, 2022, **IT IS ORDERED THAT** the motions in limine and trial related deadlines set forth in the November 3, 2021 order, Doc. 225, are **SUSPENDED** due to necessity of multiple criminal trials. The court will convene a telephone conference to reschedule the trial deadlines following resolution of the three pending motions in this case, Docs. 200, 206, & 219.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania