IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHELSEA HENKEL, *et al.*, on behalf of themselves and other similarly situated, | : Civil No. 3:15-CV-01435 :  : |
| Plaintiffs, | : : |
| v. | : : |
| HIGHGATE HOTELS, L.P. and COVE HAVEN, INC., | : : : |
| Defendants. | : Judge Jennifer P. Wilson |

### VERDICT FORM

1. Do you find that Plaintiffs as classes have proved that it is more likely than not that Defendants were unjustly enriched by retaining the proceeds of the charge identified as "gratuity"?

   Yes __X__       No _____

   *If your answer to Question 1 is "Yes," proceed to Question 2.*
   *If your answer to Question 1 is "No," you should not answer any further questions. Please sign and date this form and return to the courtroom.*

2. By what amount were Defendants unjustly enriched?

   $ __1,295,547__

Sign and date this form and return to the courtroom.

SO SAY WE ALL, this __27__ day of June, 2023.

_____
**Foreperson**

FILED
HARRISBURG, PA
JUN 27 2023
PER _____
DEPUTY CLERK

1